# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>**Gary Stephen Maynard**<br><br>_Defendant(s)_ | Case No. 3:21-mj-0007 DMC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 7, 2021   in the county of   Lassen   in the   Eastern   District of   California  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1855 (1 count) | Willfully setting fire to land owned by or under the jurisdiction of the United States. |

This criminal complaint is based on these facts:

See the attached Affidavit of U.S. Forest Service Special Agent Tyler Bolen.

☒ Continued on the attached sheet.

/s/ Tyler Bolen

_Complainant's signature_

Tyler Bolen, U.S. Forest Service Special Agent
_Printed name and title_

Sworn to me and signed telephonically.

Dated:  August 8, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

City and state:   Redding, California           Dennis M. Cota, U.S. Magistrate Judge