**EXHIBIT 1**

*Approximate Locations*

① Moon Fire 8/5/21
② Conard Fire 8/7/21
③ Ranch Fire 8/7/21



PUBLIC INFORMATION
DIXIE INCIDENT
CA-BTU-009205
08/07/2021