HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARY STEPHEN MAYNARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 3:21-mj-0007 DMC |
|---|---|---|
| Plaintiff, | ) | WITHDRAWAL OF MOTION FOR BAIL REVIEW [CR 18] |
| vs. | ) | |
| GARY STEPHEN MAYNARD, | ) | Judge: Hon. Allison Claire |
| Defendant. | ) | |

Defendant, Gary Stephen Maynard, through counsel Hannah R. Labaree, hereby withdraws his Motion for Bail Review (CR 18). In light of that withdrawal, the parties respectfully request the Order for release (CR 19) be revoked.

DATED: September 13, 2021    .

                  Respectfully submitted,

                  HEATHER E. WILLIAMS
                  Federal Defender

                  */s/ Hannah R. Labaree*
                  HANNAH R. LABAREE
                  Assistant Federal Defender
                  Attorney for GARY STEPHEN MAYNARD