1
**<u>ORDER</u>**

2  The withdrawal of motion (Docket # 22) is adopted in its entirety and the order for release is

3  hereby revoked with the issuance of this order.

4

5

6
  Dated: _____ of September
7
                                                                United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28