HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARY STEPHEN MAYNARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 3:21-mj-0007 DMC |
|---|---|
| Plaintiff, | ) ORDER RE: WITHDRAWAL OF MOTION |
| vs. | ) FOR BAIL REVIEW [CR 22] |
| GARY STEPHEN MAYNARD, | ) |
| Defendant. | ) |

-1-

## ORDER

The withdrawal of motion (Docket # 22) is adopted in its entirety and the order for release is hereby revoked with the issuance of this order.

Dated: September 13, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE